IN THE UNITED STATES DISTRICT COURTHOUSE
DENVER DIVISION:

TO: CLERK OF COURT, U.S.D.C.,
RM. A105, 901 19TH ST., DENVER,
CO. 80294

FROM: LEVI B. SPRINGER #1185782
RIVER NORTH CORRECTIONAL
CENTER, 329 DELLBROOK
LANE, INDEPENDENCE, VA. 24348

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 30 2023
JEFFREY P. COLWELL
CLERK

RE: MOTION FOR D.N.A. TESTING.

DEAR CLERK OF COURT,
I AM REQUESTING ANY ADDITIONAL RULES, PROCEDURES,
AND IF THERE IS A SPECIFIC COURT FORM THIS
FEDERAL COURTHOUSE REQUIRES FOR AN INDIVIDUAL
THAT NEEDS TO FILE A WRITTEN MOTION ON A STATE
OFFENSE FOR D.N.A. TESTING ON SPECIFIED
EVIDENCE PURSUANT TO 18 U.S.C. 3600.
THIS IS DUE TO ME HAVING NO OTHER ADEQUATE
REMEDY UNDER STATE LAW.

SINCERELY,

[signature]

# CERTIFICATE OF SERVICE:

I, Levi E. Springer, do hereby certify that on January 16, 2023 I sent through the VA.D.O.C. mailbag legal mail on a general clerk's request to the following listed below.

Clerk of Court, for the
United States District Court
House, Room (A) 105, 901 19th St.
Denver, CO. 80294-3589

Certifier's Signature:

Levi E. Springer #1185787
River North Correctional
Center, 329 Dellbrook La
Independence, VA. 24348

RECEIVED
JAN 19 2023
RNCC Mailroom
Outgoing Legal Mail

Legal Mail

GREENSBORO NC 270
20 JAN 2023 PM 2 L

United States District
Court, Rm. A105, 901 19th St.
Office of the Clerk,
Denver, CO. 80294-3589

Levi E. Sprinker #1185787
River North Correctional
Center, 329 Dellbrook LA
Independence, VA. 24348

LEGAL MAIL:

RECEIVED
JAN 19 2023
RNCC Mailroom
Outgoing Legal Mail

GREENSBORO NC 270

VADOC NEITHER 20 JAN 2023 PM 2 L
CENSORED NOR INSPECTED
THIS ITEM AND ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS





United States District
Court, RM. A105, 901 19th ST.
Office of the Clerk,
Denver, Co. 80294-3589

